IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 11 2011**

**GREGORY C. LANGHAM**
                                                    **CLERK**

Civil Action No. 11-cv-02567-BNB

PIERRE D. ROEMER,

     Plaintiff,

v.

FLOYD CAPISTRANT, a Police Officer with the Pagosa Springs, Colorado Police
     Department, in his Professional and Individual Capacities,
JOHN MARTIN, a Former Police Officer of the Pagosa Springs, Colorado Police
     Department, and Current Deputy with the Archuleta County Sheriff Department,
     in his Individual and Professional Capacities,
WILLIAM ROCKENSOCK, Former Sergeant and Current Police Chief of Pagosa
     Springs, Colorado Police Department, in his Professional Capacity,
JOHN DOE, Employee and Supervisor with the Pagosa Springs, Colorado Police
     Department, in his/her Individual and Professional Capacities, and
SCOTT MAXWELL, Employee and Supervisory Detective with the Pagosa Springs
     Police Department, in his Individual and Professional Capacities,

     Defendants.

---

## ORDER DRAWING CASE

---

     Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED October 11, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02567-BNB

Lynda Elizabeth Carter
Four Corners Legal Services
***DELIVERED ELECTRONICALLY***

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 11, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk