IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02567-RPM

PIERRE D. ROEMER,

    Plaintiff,

v.

FLOYD CAPISTRANT, a Police Officer with the Pagosa Springs, Colorado Police
    Department, in his Professional and Individual Capacities,
JOHN MARTIN, a Former Police Officer of the Pagosa Springs, Colorado Police
    Department, and Current Deputy with the Archuleta County Sheriff Department,
    in his Individual and Professional Capacities,
WILLIAM ROCKENSOCK, Former Sergeant and Current Police Chief of Pagosa
    Springs, Colorado Police Department, in his Professional Capacity,
JOHN DOE, Employee and Supervisor with the Pagosa Springs, Colorado Police
    Department, in his/her Individual and Professional Capacities, and
SCOTT MAXWELL, Employee and Supervisory Detective with the Pagosa Springs
    Police Department, in his Individual and Professional Capacities,

    Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **January 26, 2012, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 19, 2012.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated:   December 6th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge