IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02567-RPM

PIERRE D. ROEMER,

      Plaintiff,

v.

FLOYD CAPISTRANT, a Police Officer with the Pagosa Springs, Colorado Police
      Department, in his Professional and Individual Capacities,
JOHN MARTIN, a Former Police Officer of the Pagosa Springs, Colorado Police
      Department, and Current Deputy with the Archuleta County Sheriff Department,
      in his Individual and Professional Capacities,
WILLIAM ROCKENSOCK, Former Sergeant and Current Police Chief of Pagosa
      Springs, Colorado Police Department, in his Professional Capacity,
JOHN DOE, Employee and Supervisor with the Pagosa Springs, Colorado Police
      Department, in his/her Individual and Professional Capacities, and
SCOTT MAXWELL, Employee and Supervisory Detective with the Pagosa Springs
      Police Department, in his Individual and Professional Capacities,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **January 26, 2012, at 11:00 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which

may be found at  **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original

only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 19, 2012.**  The conference

is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted

to attend.

Dated:    December 6th, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge