IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02567-RPM

PIERRE D. ROEMER,

      Plaintiff,

v.

FLOYD CAPISTRANT, a Police Officer with the Pagosa Springs, Colorado Police
      Department, in his Professional and Individual Capacities,
JOHN MARTIN, a Former Police Officer of the Pagosa Springs, Colorado Police
      Department, and Current Deputy with the Archuleta County Sheriff Department,
      in his Individual and Professional Capacities,
WILLIAM ROCKENSOCK, Former Sergeant and Current Police Chief of Pagosa
      Springs, Colorado Police Department, in his Professional Capacity,
JOHN DOE, Employee and Supervisor with the Pagosa Springs, Colorado Police
      Department, in his/her Individual and Professional Capacities, and
SCOTT MAXWELL, Employee and Supervisory Detective with the Pagosa Springs
      Police Department, in his Individual and Professional Capacities,

      Defendants.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      The Court having determined that a pretrial conference should now be scheduled, it is

      ORDERED that a pretrial conference is scheduled for **September 27, 2012, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at www.cod.uscourts.gov/judges_frame.htm.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by 4:00 p.m.

on **September 20, 2012**.  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

Dated:    August 21st, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge