**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                            February 28, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 11-cv-02567-RPM

| | |
|---|---|
| PIEERE D. ROEMER, | No appearance |
| Plaintiff, | |
| v. | |
| FLOYD CAPISTRANT, in his individual and professional capacities, | Thomas S. Rice |
| JOHN MARTIN, in his individual and professional capacities, | |
| WILLIAM ROCKENSOCK in his individual and professional capacities and | |
| SCOTT MAXWELL, in his individual and professional capacities, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**11:00 a.m.**        **Court in session.**

Court's preliminary remarks.

Court's statements regarding plaintiff's counsel Ms. Lynda E. Carter's non appearance**,** attempts by its Chambers to contact plaintiff's counsel, the February 15, 2013 Minute Order setting this hearing and no response filed to defendants' motion for summary judgment.

Statement by Mr. Rice regarding his last communication with Ms. Carter.

Court statement regarding its review of the case, pleadings filed and Rule 56.

**Courts oral findings of fact and conclusions of law as stated on record**.

**ORDERED:**    Motion for Summary Judgment, filed September 25, 2012 [25], is granted. Judgment will enter in favor of defendants' dismissing this civil action and awarding costs.

**11:15 a.m.**        **Court in recess.**        Hearing concluded.  Total time: 15  mins.