## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02567-RPM

PIEERE D. ROEMER,

      Plaintiff,
v.

FLOYD CAPISTRANT, a Police Officer with the Pagosa Springs, Colorado Police Department,
in his Professional and Individual Capacities,
JOHN MARTIN, a Former Police Officer of the Pagosa Springs, Colorado Police Department, and
Current Deputy with the Archuleta County Sheriff Department, in his Individual and Professional Capacities,
WILLIAM ROCKENSOCK, Former Sergeant and Current Police Chief of Pagosa Springs, Colorado Police
Department, in his Professional Capacity,
JOHN DOE, Employee and Supervisor with the Pagosa Springs, Colorado Police Department,
in his/her Individual and Professional Capacities, and
SCOTT MAXWELL, Employee and Supervisory Detective with the Pagosa Springs Police Department,
in his Individual and Professional Capacities,

      Defendants.

_____

## JUDGMENT
_____

Pursuant to today's hearing on defendants' Motion for Summary Judgment [25] and the Court's oral findings of fact and conclusions of law stated on record by Senior District Judge Richard P. Matsch incorporated herein by reference, it is

ORDERED that the Defendants' Motion for Summary Judgment, filed September 25, 2012 {25}, is granted. It is

FURTHER ORDERED that judgment is entered in favor of defendants Floyd Capistrant, John Martin, William Rockensock and Scott Maxwell and against plaintiff Pieere D. Roemer. It is

FURTHER ORDERED that defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED at Denver, Colorado, this 28th day of February, 2013.

                              FOR THE COURT:

                              Jeffrey P. Colwell, Clerk

                                        s/J. Chris Smith
                        By:  _____
                                       Deputy Clerk